UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEIK SALEH MOHAMMED
ALI S. BAKABAS,

       Plaintiff,                      Case No. 14-CV-10039

v.                                       HON. MARK A. GOLDSMITH

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

       Defendant.
_____/

**ORDER**
**(1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED OCTOBER 21, 2014 (DKT. 21), (2) DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b), AND (3) DENYING DEFENDANT'S MOTION TO DISMISS (Dkt. 18) AS MOOT**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge David R. Grand, issued on October 21, 2014 (Dkt. 21).  In the R&R, the Magistrate Judge recommends dismissing Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b), and denying Defendant's motion to dismiss (Dkt. 18) as moot.  The parties have not filed objections to the R&R, and the time to do so has expired.  See Fed. R. Civ. P. 72(b)(2).  The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons.  Therefore, the Court accepts the R&R.

      Accordingly, the Court dismisses Plaintiff's complaint with prejudice and denies Defendant's motion to dismiss as moot.

SO ORDERED.

Dated: November 10, 2014  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2014.

s/Johnetta M. Curry-Williams
JOHNETTA M. CURRY-WILLIAMS
CASE MANAGER